### *Candee* v. *Goodspeed.*

IN error on *certiorari* from a justice's court. The plaintiff was a non-resident, and the suit commenced by warrant.

The defendant, on account of the inevitable absence of a material witness, and after due diligence used to procure him, requested an adjournment for more than three days, offering the same security as is required by the 8th section of the ten pound act. The plaintiff refusing to consent to the delay, the justice, of his own authrity, adjourned over. This was alleged for error.

*Per Curiam.* The seventh section is too positive and peremptory to be got over. The justice had not any power to adjourn beyond the three days.